·REED *et al.* v. WOLCOTT, *Guardian.*

No. 5949.   Opinion Filed March 3, 1914.

(139 Pac. 319.)

*Error from District Court, Washington County;*
*R. H. Hudson, Judge.*

Action by W. Wolcott, as guardian of Philetus L. A. Reed, a minor, against Andrew Reed, former guardian, and the Title Guaranty & Surety Company, as surety.   Judgment for plaintiff, and defendants bring error.   Dismissed.

*Norman Barker* and *A. E. Craver,* for plaintiffs in error.

*Hill & Sompayrac,* for defendant in error.

TURNER, J.   This case involves the same state of facts as the case of *Reed et al. v. Wolcott, Guardian, ante,* 139 Pac. 318, and for the reasons stated in that opinion the appeal is dismissed.

HAYES, C. J., and KANE and LOOFBOURROW, JJ., concur; WILLIAMS, J., absent, and not participating.